IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya

Civil Action No. 10-cv-00698-PAB-KMT        FTR - Courtroom C-201

Date: September 30, 2010        Deputy Clerk, Nick Richards


NANCY HENDERLONG,        Kirk Randall McCormick

    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,        Terence M. Ridley
    Defendant.        Evan Stephenson


## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**
**Court in session: 10:28 a.m.**
Court calls case. Appearances of counsel.

Motion Hearing is set regarding Defendant's Emergency Motion to Compel Responses to Defendant's First Set of Discovery Requests [Doc. No. 46, filed September 23, 2010].

Oral argument from Defendant.
Oral argument from Plaintiff.

It is **ORDERED**: Defendant's Emergency Motion to Compel Responses to Defendant's First Set of Discovery Requests is **DENIED** for reasons set forth on the record. Plaintiff shall have until October 17, 2010 to respond to Defendant's First Set of Discovery Requests.

It is **ORDERED** Scheduling Order is amended as follows: Defendant's rebuttal experts must be disclosed by December 15, 2010 and Plaintiff's rebuttal experts by January 14, 2011. Discovery deadline will be moved to February 15, 2011 and Dispositive Motion deadline will be moved to March 15, 2011. Plaintiff's affirmative expert deadline of October 15, 2010 will not change.


**Court in Recess: 11:04 a.m.**
Hearing concluded.

Total In-Court Time    00:36

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.